Same case below, 582 F.3d 1288.

**No. 09-1099. Sholom Rubashkin, Petitioner v. United States.**

559 U.S. 1070, 130 S. Ct. 2120, 176 L. Ed. 2d 727, 2010 U.S. LEXIS 3286.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 09-1102. Joyce E. Rowley, Petitioner v. City of North Myrtle Beach, South Carolina, et al.**

559 U.S. 1070, 130 S. Ct. 2124, 176 L. Ed. 2d 727, 2010 U.S. LEXIS 3387.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 356 Fed. Appx. 657.

**No. 09-1107. Ernest Turner, Petitioner v. United States.**

559 U.S. 1070, 130 S. Ct. 2125, 176 L. Ed. 2d 727, 2010 U.S. LEXIS 3337.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-1120. Vinnie Bilotto, Petitioner v. United States.**

559 U.S. 1070, 130 S. Ct. 2125, 176 L. Ed. 2d 727, 2010 U.S. LEXIS 3416.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-1129. Timothy Conrad Rehak and Mark Paul Naylon, Petitioners v. United States.**

559 U.S. 1070, 130 S. Ct. 2130, 176 L. Ed. 2d 727, 2010 U.S. LEXIS 3313.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 589 F.3d 965.

**No. 09-1133. Eugene Davis, Petitioner v. United States.**

559 U.S. 1070, 130 S. Ct. 2132, 176 L. Ed. 2d 727, 2010 U.S. LEXIS 3425.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 589 F.3d 861.

**No. 09-1139. Kenneth Thompson, Petitioner v. United States.**

559 U.S. 1070, 130 S. Ct. 2132, 176 L. Ed. 2d 727, 2010 U.S. LEXIS 3295.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 357 Fed. Appx. 406.

**No. 09-1141. Romel Bolger, Petitioner v. United States.**

559 U.S. 1070, 130 S. Ct. 2133, 176 L. Ed. 2d 727, 2010 U.S. LEXIS 3466.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 357 Fed. Appx. 406.